

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2014

No. 04-14-00587-CV

**IN RE** Richard **ALVAREZ**, Petra Davina Trevino-Rodriguez,
and Eliberto Roy Trevino

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

On August 13, 2014, relators filed a petition for writ of mandamus. The court has considered the petition, the response filed on behalf of the real parties in interest and relator's reply and has determined that the mandamus petition is now moot. Accordingly, the petition for writ of mandamus is DISMISSED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on August 27th, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 14-08-00236-CVF, styled *Concerned Citizens of Pearsall and Henry Martinez v. City of Pearsall, TX; Petra Davina Trevino-Rodriguez, Individually; Eliberto Roy Trevino, Individually; and Richard Alvarez, Individually*, pending in the 218th Judicial District Court, Frio County, Texas, the Honorable Dick Alcala presiding.